AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN District of NEW YORK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 8:22-MJ-775 (GLF) |
| ) | |
| Sarah Richey ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. District Court<br>14 Durkee Street, Suite 360<br>Plattsburgh, New York 12901 | Courtroom No.: | Suite 360 BY VIDEO |
|---|---|---|---|
| | | Date and Time: | 12/20/2022 10:30 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 12/16/2022

*Judge's signature*

Gary L. Favro, U.S. Magistrate Judge, N.D.N.Y.
*Printed name and title*